LOUIS HARRIS, PLAINTIFF-RESPONDENT, v. JOSEPHINE DE LAINE, DEFENDANT-APPELLANT.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *Louise Ruth Shapiro.*

For the respondent, *I. Ezra Newmark.*

PER CURIAM.

This is an appeal from a summary judgment, in favor of the plaintiff below, in an action of ejectment, entered upon the striking out, upon notice, by a justice of the Supreme Court, of the answer, as sham and frivolous. The answer was, in our judgment, properly stricken out and the judgment under review is therefore affirmed, with costs.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 12.

*For reversal*—None.